FSA Recidivism Risk Assessment (PATTERN 01.02.01)

Register Number: 25765-509, Last Name: BAKER

**Exhibit C**

U.S. DEPARTMENT OF JUSTICE                         FEDERAL BUREAU OF PRISONS

```
Register Number: 25765-509              Risk Level Inmate....: R-LW
Inmate Name                               General Level......: R-LW (17)
  Last.........: BAKER                    Violent Level......: R-LW (10)
  First........: DANIEL                 Security Level Inmate: LOW
  Middle.......: ALAN                   Security Level Facl..: MEDIUM
  Suffix.......:                        Responsible Facility.: MEM
Gender.........: MALE                   Start Incarceration..: 10/12/2021
```

### PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 34 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -4 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| Total | | 17 | 10 |