Form date: 06/08/2021



## FCI/SPC MEMPHIS, TENNESSEE
## ATTEMPT AT INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy, BP-229(13), you should attempt to informally resolve your complaint through your Correctional Counselor. Briefly, state complaint below and list what effort you have made to resolve your complaint informally.

1. Informal Resolution Form Issued by: _Chlenderson, Counselor_

2. Inmate Name _DAN BAKER_   Number _25765-509_   Unit _TB_

**INMATE'S COMMENTS.** (Inmate MUST COMPLETE Items 2, 3, 4, 5 and 6)

3. Complaint: _MY FIRST STEP ACT CREDITS (OVER 300 GOOD TIME DAYS OFF MY RELEASE DATE) ARE NOT REFLECTED IN MY PAPER WORK. MY LEGAL TEAM HAS GUIDED ME TO REQUEST THAT MY GOOD TIME BE ACCREDITED AND UPDATED. I AM MAKING COPIES OF THESE AND SENDING SOME TO MY LAWYERS._

4. Efforts made to resolve and list staff contacted: _SCHLEEF, HENDERSON, WHITEN_   _VERBAL,_

5. What remedy are you seeking? _300-365 DAYS OFF MY RELEASE DATE AS PER THE FIRST STEP ACT, ALSO BP9, BP10, BP11 AND HABEAS PETITION PRIOR TO LAWSUIT FOR MONETARY RESTITUTION, DOCUMENTATION OF FSA GOOD TIME OFF._

6. Inmate Signature: _[signed]_   Date returned: _8/13/22_

7. **COMMENTS:** (To be completed by staff only)

Staff response to complaint: _You had 60 Days of FSA credits Applied. You have a FSA Release date of 01-01-2024._

_____
_____
_____
_____

8. Date informally resolved: _____   Date BP-229(13) issued: _____

9. Signature: _[signed]_       _[signed]_    _8/24/22_
   Correctional Counselor    Unit Manager    Date

Exhibit D