U.S. DEPARTMENT OF JUSTICE  
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

**Exhibit E**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: BAKER DANIEL A          25765-509          TB          FCI MEMPHIS
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**

WITH A PATTERN SCORE OF 'LOW' AND MORE THAN 21 MONTHS OF EBRR DAYS PROGRAMMING AND PRODUCTIVE ACTIVITIES, I HAVE EARNED 315 DAYS OF FTC CREDITS PURSUANT TO THE FIRST STEP ACT. THOSE CREDITS RESULT IN AN FSA RELEASE DATE OF JUNE OF 2023. PLEASE APPLY FSA CREDITS AND CORRECT MY RELEASE DATE. THANK YOU.

9/2/22  
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____  
DATE

_____  
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____  _____  _____  _____
    LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.        UNIT        INSTITUTION