U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Exhibit F

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: BAKER DANIEL A          25765-509          TB          FCI MEMPHIS
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.         UNIT         INSTITUTION

**Part A - REASON FOR APPEAL**

WITH A PATTERN SCORE OF 'LOW' AND MORE THAN 21 MONTH OF EBRR DAYS PROGRAMMING AND PRODUCTIVE ACTIVITIES, I HAVE EARNED OVER 315 DAYS OF FTC CREDITS PURSUANT TO THE FIRST STEP ACT. THOSE CREDITS RESULT IN AN FSA RELEASE IN JUNE OF 2023. PLEASE APPLY FSA CREDITS AND CORRECT MY RELEASE DATE. THANK YOU.

9/29/22
DATE                                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                                  _____
       DATE                                                  REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                               CASE NUMBER: _____

**Part C - RECEIPT**

                                                         CASE NUMBER: _____

Return to: _____
             LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                                  _____
       DATE                                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL
UPN LVN                                                                              BP-230(13)