U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

**Exhibit G**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __BAKER, DANIEL A__   __25765-509__   __TB__   __FCI MEMPHIS__
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A—REASON FOR APPEAL

WITH A PATTERN SCORE OF LOW AND MORE THAN 24 MONTHS OF EBRR PAYS PROGRAMMING AND PRODUCTIVE ACTIVITIES, I HAVE EARNED OVER 330 DAYS OF FTC CREDITS PURSUANT TO THE FIRST STEP ACT. THOSE CREDITS RESULT IN AN FSA RELEASE IN APRIL OF 2023. PLEASE APPLY FSA CREDITS AND CORRECT MY RELEASE DATE. THANK YOU.

__11/4/22__   __[signature]__
DATE   SIGNATURE OF REQUESTER

Part B—RESPONSE

_____   _____
DATE   GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

Part C—RECEIPT   CASE NUMBER: _____

Return to: _____   _____   _____   _____
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

USP LVN