DANIEL BAKER #25765-509
FCI MEMPHIS
P.O. BOX 34550
MEMPHIS, TN 38184

DISTRICT COURT CLERK
167 N. MAIN STREET, Room 242
MEMPHIS, TN 38103

7020 2450 0001 7058 1932

CERTIFIED MAIL






