Daniel A. Baker

v

Warden Bowers

JOHN T. FOWLKES, JR.

Daniel A. Baker

v

Warden Bowers

Annie T. Christoff